

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| KELLY ZAVALNEY, | CV 09-62-BU-SEH |
| Petitioner, | **ORDER** |
| vs. | |
| SAM LAW; ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondents. | |

On November 10, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

---

[1] Docket No. 5.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1.  The petition[2] is DENIED.

2.  The Clerk of Court is directed to enter a judgment in favor of Respondents and against Petitioner.

3.  A certificate of appealability is DENIED. Any appeal would be taken in bad faith due to the lack of merit of his claims.

DATED this 21st day of January, 2010.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.